# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Records of Facebook account: "andre.williams.3538," )
Account # 100003208686561 that are stored at premises )
owned, maintained, controlled, or operated by Facebook, a )
company headquartered in Menlo Park, California. )

Case No. 17-825 M (NJ)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

See Attachment A

located in the Eastern District of Wisconsin, there is now concealed:

See Attachment B

The basis for the search under Fed. R. Crim P. 41(c) is:
■ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: 18 U.S.C. Sections 1951(a) and 924(c)(1)(A)(ii)

The application is based on these facts: See attached affidavit.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brad Simons, FBI Special Agent
*Printed Name and Title*

Sworn to before me and signed in my presence:

Date: February 1, 2017

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin    Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed Name and Title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Brad Simons, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2014. I am currently assigned to the Milwaukee Area Violent Crimes Task Force ("MAVCTF"). My duties as a Special Agent with the FBI include investigating violent crimes such as armed robberies, car jackings, bank robberies, and violent criminal enterprises. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state and federal law enforcement agencies. I have executed numerous warrants to search and seize electronic devices, such as cellular telephones and computers.

3. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers

who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation. This affidavit is also based upon information gained from interviews with cooperating citizen witnesses, whose reliability is established separately herein.

4. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal offenses. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, U.S.C. Sections 1951(a) (Hobbs Act Robbery) and 924(c)(1)(A)(ii) (Use of a Firearm During Crime of Violence) have been committed by Jawan M. SMITH, Andre L. WILLIAMS, Joe T., JOHNSON, Alonzo, L. WILLIAMS, and others yet unknown.

5. I seek authorization to search Facebook's information associated with Andre L. WILLIAMS who is using Facebook user identification number (UID) 100003208686561 and Facebook name andre.williams.3538.

## PROBABLE CAUSE

### Sprint Store Robbery – 1138 Miller Park Way, West Milwaukee, WI

6. On Saturday, October 15, 2016, at approximately 7:38 p.m., the Sprint Store located at 1138 Miller Park Way, West Milwaukee, WI 53214 reported an armed robbery. West Milwaukee Police Department officers responded to the scene and interviewed witnesses.

7. Victim employees, D.R. and S.K., stated that two black males entered the store. The first suspect who entered, Subject #1, was armed with a semi-automatic pistol, and covered his face by cinching his hoodie around his face. Subject #1 pointed his pistol at S.K. and escorted S.K. to the break room. Subject #2 entered the store shortly after Subject #1.

2

8. After escorting S.K. to the break room, Subject #1 struck S.K. on the back of S.K.'s head with Subject #1's pistol. S.K. blacked out for approximately five to ten seconds. After regaining consciousness S.K. heard Subject #1 state, "We want the phones." S.K. also heard one of the suspects say, "You niggers better hurry up or we gonna kill one of you."

9. While entering the break room, D.R. heard one of the suspects state, "Everyone get on the ground." While lying on his stomach, D.R. felt one of the suspects zip tie his ankles together. D.R. was hit on the back of his head two to three times by one of the subjects.

10. The victims described the suspects as follows: Subject #1 is a black male, 6'0" tall, wearing a gray hoodie, and armed with a silver semi-automatic handgun. Subject #2 is described as a black male wearing a black hoodie.

11. Law enforcement review of the video surveillance obtained from the store during the time of the robbery is consistent with the account given by the victim employees.

12. Law enforcement review of the video surveillance further depicts Subject #2 zip tying the ankles of three of the four employees in the break room. Law enforcement has also learned from a review of the police reports prepared in connection with this offense that the subjects obtained a key to unlock cabinets containing the merchandise from one of the store employees. The surveillance video depicts the subjects escorting one of the employees to the sales floor where the subjects unlocked multiple cabinets housing the store's merchandise. The video shows both subjects loading cell phones and tablets into a green or blue bag.

**Information Provided by Confidential Informant**

13. On October 20, 2016, the Milwaukee FBI received information from the Alton Police Department that a Sprint cell phone store in Alton, Illinois, was robbed in a very similar manner to the robbery that occurred in West Milwaukee on October 15, 2016. In addition to Alton,

3

Illinois, the Milwaukee FBI learned that several other cities across Illinois have experienced cell phone store robberies with a nearly identical method of operation. Law enforcement agents have been in contact with a detective in Kankakee, Illinois who has been working with a confidential informant (hereinafter "CI") who has knowledge about the robbery crew committing cell phone store armed robberies utilizing weapons and zip ties.

14. Other law enforcement officers who have worked with the CI regard him as reliable. The CI has worked with law enforcement for three years and has provided information that has led to over ten arrests, the seizure of multiple firearms, and the seizure of drugs including crack cocaine and heroin. Information provided by the CI has also led to the arrest of multiple suspects involved in the recent cell phone store robberies in Alton, Illinois, and Champaign, Illinois. The CI is compensated monetarily for information provided, and has been convicted of two traffic offenses, one assault, and three criminal damage to property offenses.

15. The CI viewed portions of the surveillance video from the October 15, 2016, Sprint Store robbery in West Milwaukee, WI. The CI identified Joe T. WILLIAMS and Alonzo L. WILLIAMS as the subjects who committed the armed robbery.

16. The CI identified Andre L. WILLIAMS as the leader of the robbery crew. According to the CI, Andre L. WILLIAMS recruits individuals to commit cell phone store armed robberies. The CI is aware that Andre L. WILLIAMS is the leader of the robbery crew because the CI was recently present when Andre L. WILLIAMS made mention of this information in a conversation.

17. Based on information provided by the CI, law enforcement in Illinois obtained and executed a search warrant that authorized the search of "The Connect," a cell phone store located in Harvey, IL, that is believed to be purchasing stolen cell phones. Video surveillance seized from

"The Connect" depicts the suspects from the Alton, Illinois robbery entering "The Connect." The suspects were carrying a large blue bag. A review of the surveillance video from the Sprint phone store in Alton, Illinois, displayed the robbers putting the stolen merchandise into a large blue bag.

18. In addition, the CI told law enforcement authorities that Andre L. WILLAIMS used the phone number (312) 468-1199, a Sprint phone, during the time of the West Milwaukee robbery. Law enforcement obtained call detail records with tower and sector information from October 15, 2016 through October 20, 2016 for this phone. On the afternoon of October 15, 2016, (312) 468-1199 made several voice calls. Based on the cell towers that the phone was connected to during the voice calls, law enforcement determined that this phone traveled from Kankakee, IL to Milwaukee, WI on October 15, 2016.

19. During the time of the West Milwaukee robbery, (312) 468-1199 was in contact for 18 minutes and 27 seconds with phone number (779) 236-3609, a Verizon phone. During this call, (312) 468-1199 was connected to a cell phone tower approximately 1/10 of a mile from the location of the West Milwaukee robbery. This was the closest Sprint cell tower to that location.

20. A review of telephone records revealed that on the afternoon of October 15, 2016, (779) 236-3609 made several voice calls. Based on the cell towers that the phone was connected to during the voice calls, law enforcement determined that this phone traveled form Kankakee, IL to Milwaukee, WI on October 15, 2016. During the 18 minutes and 27 second call with (312) 469-1199, (779) 236-3609 was connected to a cell phone tower approximately 1/10 of a mile from the location of the West Milwaukee robbery. This was the closest Verizon cell tower to that location.

21. Approximately three weeks before the West Milwaukee robbery, Kankakee Police Department officers were dispatched to 2052 E. Patrick Ave., Kankakee, IL 60901 in response to a report of shots fired. Officers spoke with two individuals at the residence and found one bullet

5

in the food pantry and three bullet casings near the rear of the residence. Jawan M. SMITH, one of the persons in the residence at the time of the shooting, told police officers that his phone number was (779) 236-3609.

22. Four weeks after the West Milwaukee robbery, Hammond Police Department police officers responded to a suspicious person call at the Sprint cell phone store located at 4758 Calumet Avenue, Hammond, Indiana 46327. D.W., Sprint employee, advised police officers that a suspicious subject entered the store. The subject was described as a black male, approximately in his late 20's, about 6' to 6'02" tall, thin build, wearing black fitted gloves, black Nike shoes, grey hooded sweatshirt, and black neck warmer over his mouth. The subject had the hood pulled over his head with the drawstring pulled tight around his face. The subject asked about pre-paid phones, and then exited the store northbound on foot. Another black male subject whom a witness reported as "looking around and acting suspicious" was observed at the rear of the Sprint store by a customer. Two subjects matching the description provided by D.W. were stopped by officers approximately ½ block form the Sprint store. The individuals were identified as Jawan M. SMITH and Bryant T. TANZY.

23. Officers observed a bulge in the area of SMITH's left pant leg. For officer safety, officers patted down SMITH and TANZY. Officers observed that SMITH possessed a large blue canvas type bag with a white colored draw string. The bag contained white plastic zip ties. TANZY possessed a black handgun later determined to be a BB gun.

24. During an interview with law enforcement, SMITH admitted that he traveled from Kankakee, IL to Hammond, IN with the intent to rob the Sprint cell phone store. SMITH identified Lydia JOHNSON as the ring leader of a robbery crew that was targeting cell phone stores. On November 10, 2016, JOHNSON asked SMITH and TANZY if they wanted to make some money

6
Case 2:17-mj-00825-NJ   Filed 07/20/17   Page 7 of 19   Document 1

by committing a robbery. SMITH and TANZY agreed. On November 12, 2016, JOHNSON picked up SMITH and TANZY in her red 2011 Toyota in Kankakee, IL and transported them to Hammond, IN for the purposes of committing a robbery at the Sprint cell phone store.

25. SMITH was shown a photograph of a black female from the Facebook page "Corlissa Johnson." SMITH identified the individual in the photograph as Lydia JOHNSON. On October 23, 2016, the Facebook page under the name "Corlissa Johnson" posted "Need #Worker Hml." Based on my training and experience, I believe this post was used to recruit people, including SMITH, to commit cell phone store robberies.

26. Through a public search of Facebook, law enforcement found a Facebook page that I believe is used by Andre L. WILLIAMS. The Facebook page, which has a username of "andre.williams.3538," and Facebook user identification number (UID) 100003208686561, contains pictures of an individual that matches known pictures of Andre L. WILLIAMS. In addition, the user of this account lists Kankakee, Illinois as the account user's location. The account user further indicates that the account user is from Kankakee, Illinois. Based on record checks, Andre L. WILLIAMS currently lives in Kankakee, IL. The Facebook account believed to be used by Andre L. WILLIAMS also lists "DroMrsteal Yogirl Williams" as a brother. "DroMrsteal Yogirl Williams" contains pictures of an individual that matches known pictures of Alonzo L. WILLIAMS, who is Andre L. WILLIAMS' brother.

27. The Facebook page believed to be used by Andre L. WILLIAMS lists "BT Tanzy," believed to be Bryant T. TANZY, and "Corlissa Johnson" as friends.

28. Law enforcement served a grand jury subpoena to Facebook requiring the production of subscriber information for the Facebook account believed to be used by WILLIAMS. In Facebook's response, Facebook indicated that the account is still active. A review

7

Case 2:17-mj-00825-NJ   Filed 07/20/17   Page 8 of 19   Document 1

of the login information provided by Facebook revealed that there are almost daily logins to the Facebook account andre.williams.3538.

29. Based on my training and experience, I know criminals regularly post images and other information regarding their criminal activity on Facebook. Criminals will also regularly communicate with their co-conspirators using Facebook. I believe there is probable cause to believe that information regarding the October 15, 2016, Sprint cell phone store robbery in West Milwaukee, WI will be found on the Facebook page used by Andre L. WILLIAMS.

30. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

31. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

32. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account

8

includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

33. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

34. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

35. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the

9

photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

36. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

37. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

38. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

39. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

40. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the

account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

41. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

42. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

43. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

44. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

45. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings;

11

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

46. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

47. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

48. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution"

12

evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

49. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

13

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

50. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

51. Based on the forgoing, I request that the Court issue the proposed search warrant.

52. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States in the Eastern District of Wisconsin that has jurisdiction over the offense being investigated." Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following Facebook Account(s):

| NAME | FACEBOOK IDENTIFICATION (UID) | FACEBOOK NAME |
|---|---|---|
| Andre Williams | 100003208686561 | andre.williams.3538 |

including information that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

    (a)    All contact and personal identifying information, including for user "andre.williams.3538" with user ID 100003208686561: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

    (b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

    (c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

    (d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

16

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

17

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, U.S.C. Sections 1951(a) (Hobbs Act Robbery) and 924(c)(1)(A)(ii) (Use of a Firearm During Crime of Violence) involving Jawan M. SMITH since October 1, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications between known subjects. Communications of between known subjects and unknown subjects. Pictures of clothing and firearms used during captioned investigation. Preparatory steps taken in furtherance of the robbery.

(b) Communications related to photos/attachments. Communications related to travel. Communications related to dates.

(c) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(e) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(f) The identity of the person(s) who communicated with the user ID 100003208686561 regarding matters relating to the aforementioned violations of the United States Code.